IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
Louisville Division

| | | |
|---|---|---|
| In re: | ) | Case No. 21-30466-jal |
| | ) | Chapter 13 |
| TIMOTHY DENISON, | ) | Judge Joan A. Lloyd |
| | ) | |
| Debtor. | ) | |
| | ) | |

**THE UNITED STATES OF AMERICA'S OBJECTION
TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

The United States of America, on behalf of its agency the Internal Revenue Service, objects to the confirmation of the Debtor's proposed Chapter 13 Plan (Docket No. 13) on the following grounds:

1.   The Debtor has failed to file federal income tax returns (IRS Form 1040) for tax years 2017, 2018, 2019, and 2020 before the meeting of the creditors as required under 11 U.S.C. § 1308.  Therefore, the Chapter 13 Plan cannot be confirmed and the case should be dismissed or converted pursuant to 11 U.S.C. § 1307(e).

2.   The Debtor's Chapter 13 Plan does not provide for the full payment of the Internal Revenue Service's estimated secured claim that exceeds $209,000.  The claim is fully secured both by property listed on Schedule A/B (Docket No. 12), and real property located at 506 Hillrose Drive, Louisville, Kentucky worth approximately $250,000 which is nominally-titled in the name of a third-party but which the Debtor is the true and equitable owner.

WHEREFORE, the United States of America respectfully requests that confirmation of the Debtor's Chapter 13 Plan be denied.

Dated: April 16, 2021                      DAVID A. HUBBERT
                                                 Acting Assistant Attorney General

                                                 */s/ Gokce T. Yurekli*
                                                 GOKCE T. YUREKLI
                                                 ALEXANDER R. KALYNIUK
                                                 Trial Attorneys, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227, Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 Tel: (202) 598-0581
                                                 Fax: (202) 514-6866
                                                 Gokce.T.Yurekli@usdoj.gov
                                                 Alexander.R.Kalyniuk@usdoj.gov
                                                 *Counsels for United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2021, I electronically filed the foregoing objection with the Clerk of Court using the CM/ECF system, which will automatically provide notification of filing to all registered users of the CM/ECF system. Further, on this 16th day of April, 2021, I sent a true and correct copy of the foregoing objection to the following parties via email:

David M. Cantor
Seiller Waterman LLC
462 S. Fourth Street, 22nd Floor
Louisville, KY 40202
Phone: 502-584-7400
cantor@derbycitylaw.com
*Counsel to Debtor Timothy Denison*

William W. Lawrence
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
*Chapter 13 Trustee*

John L. Daugherty
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
*U.S. Trustee*

    */s/ Gokce T. Yurekli*
    GOKCE T. YUREKLI
    ALEXANDER R. KALYNIUK
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 227, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 598-0581
    Fax: (202) 514-6866
    Gokce.T.Yurekli@usdoj.gov
    Alexander.R.Kalyniuk@usdoj.gov
    *Counsels for United States of America*