IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
Louisville Division

| | | |
|---|---|---|
| In re: | ) | Case No. 21-30466-jal |
| | ) | Chapter 13 |
| TIMOTHY DENISON, | ) | Judge Joan A. Lloyd |
| | ) | |
| Debtor. | ) | Re: Docket No. 41 |
| | ) | |

## UNITED STATES' WITNESS LIST

Pursuant to this Court's Order of February 22, 2022 (Docket No. 41), the United States of America respectfully submits the following list of witnesses it expects to call at the evidentiary hearing.

The witnesses listed below who are marked with an asterisk are those the United States expects to present at trial. The additional witnesses designated are those the United States may call if the need arises. The United States reserves the right to seek to present the testimony of such witnesses by *de bene esse* deposition or through discovery deposition testimony if the witness in question is, unbeknownst to the United States at the present time, unavailable for trial. This list does not include witnesses that the United States might seek to introduce as impeachment and/or rebuttal witnesses.

1. Timothy Denison: If called, will testify about the tax liabilities assessed against him which are at issue in this case.

2. Cynthia Chapman: If called, will testify about her interest in the Real Property at issue.

3. IRS Revenue Agent Laura Philips*: Will testify regarding the tax liabilities and penalties assessed against Mr. Denison which are at issue in this case and the records associated with the assessments.

4. IRS Bankruptcy Specialist Beverly Hughes: If called, will testify about the IRS's proof of claim.

5. An employee of the Internal Revenue Service. If called, will testify to authenticate records and/or establish the manner in which records are kept.

6. Any other witnesses designated by Debtor to whom the United States does not object.

Dated: August 16, 2022    Respectfully Submitted By:

**DAVID A. HUBBERT**
**DEPUTY ASSISTANT ATTORNEY GENERAL**

By: /s/ *Alexander R. Kalyniuk*
Alexander R. Kalyniuk
Virginia State Bar Number: 92325
Emily Miller
Kentucky State Bar Number: 97725
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3309
Facsimile: (202) 514-6866
Email: Alexander.R.Kalyniuk@usdoj.gov
Emily.K.Miller@usdoj.gov

*Counsel to the United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2022, I will electronically file this Witness List with the Clerk of Court using the CM/ECF system, which will automatically provide notification of filing to all registered users of the CM/ECF system, including Counsel for the Debtor below:

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
*Counsel to Debtor Timothy Denison*

      */s/ Alexander R. Kalyniuk*
      ALEXANDER R. KALYNIUK
      Trial Attorney, Tax Division
      U.S. Department of Justice
      *Counsel to the United States of America*