UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY DENISON | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | CASE NO. 21-30466-jal |
| | ) | |

**DEBTOR'S PRE-HEARING COMPLIANCE**

\* \* \* \* \*

Comes now the Debtor, Timothy Denison, by counsel, and for his Pre-Hearing Compliance, states as follows:

**WITNESSES**

1. The Debtor, Timothy Denison

**EXHIBTS**

1. Debtor's Chapter 13 Petition, Schedules and Plan;

2. 2006 Bank Statements and canceled checks;

3. 2007 Bank Statements and canceled checks;

4. 2001 Bank Statements and canceled checks;

5. Debtor's Response to United States Second Set of Interrogatories;

6. 2006 Federal Form "C";

7. 2007 Federal Form "C";

8. 2011 Federal Form "C"; and

9. Proposed 4549A Income Exam changes.

Respectfully submitted,

*/s/ David M. Cantor*
DAVID M. CANTOR
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE

I hereby certify that on August 16, 2022, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court=s ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee, and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ David M. Cantor*
DAVID M. CANTOR

G:\DOC\DMC\DENISON, TIMOTHY\PLDGS\PT COMPLIANCE.DOCX