IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
Louisville Division

| | | |
|---|---|---|
| In re: | ) | Case No. 21-30466-jal |
| | ) | Chapter 13 |
| TIMOTHY DENISON, | ) | Judge Joan A. Lloyd |
| | ) | |
| Debtor. | ) | Re: Docket No. 41 |
| | ) | |

## UNITED STATES' EXHIBIT LIST

The United States of America, by and through undersigned counsel, files this Exhibit List in accordance with this Court's Order of February 2, 2022 (Docket No. 41):

DX1.  IRS Amended Proof of Claim 3 amended on August 11, 2022

DX2.  Debtor's Chapter 13 Plan

DX3.  Debtor's Bankruptcy Schedules

DX4.  Tax Year 2006 IRS Form 1040

DX5.  Tax Year 2006 Audit Letter dated December 2, 2008

DX6.  Tax Years 2006, 2007 Examination Report dated January 7, 2009

DX7.  Tax Years 2006, 2007 Notice dated January 29, 2009

DX8.  Tax Years 2006, 2007 Notice of Deficiency dated March 27, 2009

DX9.  Tax Year 2011 IRS Form 1040

DX10. Tax Year 2011 Audit Confirmation dated July 20, 2015

DX11. Tax Year 2011 Audit Notice dated July 8, 2015

DX12. Tax Year 2011 Information Document Request dated September 4, 2015

DX13. Tax Year 2011 Notice of Revised Tax Liability dated October 13, 2015

DX14. Tax Year 2011 Notice dated September 21, 2015

DX15.   Tax Year 2011 Notice of Deficiency dated December 8, 2015 with Examination Report

DX16.   Certified IRS Account Transcript – Tax Year 2006 IRS Form 4340

DX17.   Certified IRS Account Transcript – Tax Year 2007 IRS Form 4340

DX18.   Certified IRS Account Transcript – Tax Year 2011 IRS Form 4340

DX19.   Notice of Nominee Lien

DX20.   Notice of Federal Tax Liens

DX21.   Debtor's Responses to United States' First Set of Discovery

DX22.   Debtor's Responses to United States' Second Set of Interrogatories

DX23.   2006 Schedule C Instructions

DX24.   2007 Schedule C Instructions

DX25.   2011 Schedule C Instructions

DX26.   Any exhibits offered by the Debtor to which the United States does not object

Dated: August 16, 2022                 Respectfully Submitted By:

**DAVID A. HUBBERT**
**DEPUTY ASSISTANT ATTORNEY GENERAL**

By:  /s/ *Alexander R. Kalyniuk*
Alexander R. Kalyniuk
Virginia State Bar Number: 92325
Emily K. Miller
Kentucky State Bar Number: 97725
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3309
Facsimile: (202) 514-6866
Email: Alexander.R.Kalyniuk@usdoj.gov
Emily.K.Miller@usdoj.gov
*Counsel to the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I will electronically file this Exhibit List with the Clerk of Court using the CM/ECF system, which will automatically provide notification of filing to all registered users of the CM/ECF system, including Counsel for the Debtor.

Further, on the same day, I caused to be sent a true and correct copy of the foregoing Exhibit List to Counsel for the Debtor along with copies of all listed exhibits via email:

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
cantor@derbycitylaw.com
*Counsel to Debtor Timothy Denison*

                                        */s/ Alexander R. Kalyniuk*
                                        ALEXANDER R. KALYNIUK
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        *Counsel to the United States of America*