UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: )
)
TIMOTHY DENISON ) CHAPTER 13
)
Debtor ) CASE NO. 21-30466-jal
)

### STIPULATION BY THE DEBTOR AND THE INTERNAL REVENUE SERVICE

\* \* \*   \* \* \*   \* \* \*

Come now the Debtor, and the Internal Revenue Service, by their respective counsel and pursuant to the Non-Material Modification of Debtor's Chapter 13 Plan dated October 5, 2022, [Doc.#74] the Internal Revenue Service hereby withdraws its objection to the Debtor's Plan, as modified.

SEEN AND AGREED TO:

/s/ DAVID M. CANTOR
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtor*

/s/ GOKCE T. YUREKLI (Gokce T. Yurekli by DMC w/ email permission)
EMILY K. MILLER
GOKCE T. YUREKLI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Gokce.T.Yurekli@usdoj.gov(e)
Emily.K.Miller@usdoj.gov(e)
*Counsel for the United States,*
*Internal Revenue Service*

\\server2\app1\doc\DMC\DENISON, Timothy\Pldgs\StipulationbyDebtorandIRS.doc