UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:                                    )
                                          )        Case No. 21-30466-JAL-13
TIMOTHY DENISON,                          )
                                          )
                         Debtor.          )
                                          )
_____  )

## ORDER APPROVING FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEILLER WATERMAN LLC, AS BANKRUPTCY COUNSEL FOR THE DEBTOR

Upon application of David M. Cantor and Seiller Waterman LLC, counsel for the Debtor, Timothy Denison, for the interim compensation and reimbursement of costs, after due notice to parties in interest, after considering the Compensation and Reimbursement of Expenses to Counsel for the Debtor, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**;

1.      David M. Cantor and the law firm of Seiller Waterman LLC rendered actual, necessary services to the Debtor from March 4, 2021 through December 30, 2022 for which reasonable compensation is $25,000.00 based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title, and are hereby awarded the same.

2.      David M. Cantor and the law firm of Seiller Waterman LLC have actual, costs incurred from March 4, 2021 through December 30, 2022 in the amount of $313.00, and are hereby awarded the same.

3.       David M. Cantor and the law firm of Seiller Waterman LLC should be, and hereby are, allowed $25,313.00 as interim compensation for services rendered and reimbursement for costs incurred.

4.       **IT IS FURTHER ORDERED AND ADJUDGED** by the Court that the aforementioned award represents an administrative expense of the estate.

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  January 18, 2023

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400