UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY DENISON | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | CASE NO. 21-30466-jal |
| | ) | |

**DEBTOR'S NON-MATERIAL MODIFICATION TO HIS**
**CHAPTER 13 PLAN DATED OCTOBER 5, 2022**

\* \* \*   \* \* \*   \* \* \*

Comes the Debtor, Timothy Denison, by counsel, and for his Non-Material Modification of his Chapter 13 Plan dated October 5, 2022 states as follows:

1) Section 4.3 relating to the award of Attorney's fees, shall be paid outside of the Plan.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on January 20, 2023, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to all scheduled creditors and to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ David M. Cantor
DAVID M. CANTOR

\\server2\app1\doc\DMC\DENISON, Timothy\Pldgs\DebtorsNonMaterialModificationtoPlan2.doc