# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Timothy Denison<br><br>Debtor(s) | Case No.:21−30466−jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Show Cause debtor(s) as the debtor(s) will not complete plan as currently proposed 89. Show Cause hearing to be held on 10/29/2024 at 11:30 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). Counsel for the Debtor is required to file a motion or other appropriate document to address the Trustee motion no later than three business days prior to the scheduled hearing. If the information is not submitted, the Court could impose a sanction of $100.00 against counsel for the Debtor. Debtors are required to appear in Court with counsel for all Show Cause and Status hearings regarding the Chapter 13 plan. cc: Service list (KG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 9/16/24

By: KG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court