UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                    )
                                          )
TIMOTHY DENISON                           )          CHAPTER 13
                                          )
                    Debtor    )          CASE NO. 21-30466-jal

---

**NOTICE OF DEBTOR'S DEATH**

\* \* \*   \* \* \*   \* \* \*

    The undersigned hereby gives notice of the death of Timothy Denison, who passed away on August 27, 2025.

    I affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

/s/ Adam B. Buckman
Adam B. Buckman
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: abuckman@derbycitylaw.com
*Counsel for Debtor*

1

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on September 15, 2025, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to all scheduled creditors and to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ Adam B. Buckman
ADAM B. BUCKMAN

2