# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Timothy Denison | Case No.:21−30466−jal |
| Debtor(s) | Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Notice of Hearing regarding Motion to Show Cause debtor(s) for failure to make plan payments. Arrearage: $1764.00 IN ARREARS FOR MAY THROUGH OCTOBER98. Show Cause hearing to be held on 11/18/2025 at 11:30 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). Counsel for the Debtor is required to file a motion or other appropriate document to address the Trustee motion no later than three business days prior to the scheduled hearing. If the information is not submitted, the Court could impose a sanction of $100.00 against counsel for the Debtor. Debtors are required to appear in Court with counsel for all Show Cause and Status hearings regarding the Chapter 13 plan. (KG)

Dated: 10/2/25

| | |
|---|---|
| | FOR THE COURT |
| By: KG | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |